**Burkett PATTERSON, Appellant, v. Joseph W. SANFORD, Warden, United States Penitentiary, Atlanta, Georgia, Appellee.**

**No. 11134.**

Circuit Court of Appeals, Fifth Circuit.

Oct. 14, 1944.

Burkett Patterson, in pro per., for appellant.

M. Neil Andrews, U. S. Atty., and Harvey H. Tisinger, Asst. U. S. Atty., both of Atlanta, Ga., for appellee.

Before HOLMES, WALLER, and LEE, Circuit Judges.

PER CURIAM.

It is ordered that the judgment appealed from in this cause be, and the same hereby is, affirmed.

**H. E. PERRY, Petitioner, v. Honorable John Caskie COLLET, United States District Judge, etc.**

**No. 12943.**

Circuit Court of Appeals, Eighth Circuit.

Sept. 7, 1944.

H. E. Perry, pro se.

PER CURIAM.

Petition for allowance of appeal denied.

**Stephen T. POVICH, Appellant, v. Joseph W. SANFORD, Warden, United States Penitentiary, Atlanta, Georgia, Appellee.**

**No. 11131.**

Circuit Court of Appeals, Fifth Circuit.

Oct. 14, 1944.

Stephen T. Povich, in pro per., for appellant.

M. Neil Andrews, U. S. Atty., and Harvey H. Tisinger, Asst. U. S. Atty., both of Atlanta, Ga., for appellee.

Before HOLMES, WALLER, and LEE, Circuit Judges.

PER CURIAM.

It is ordered that the judgment appealed from in this cause be, and the same hereby is, affirmed.

**ROGER & GALLET and Parfumerie Roger et Gallet, Plaintiffs-Appellees, v. PRINCE DE BOURBON & DORELIS, Inc., Defendant-Appellant.**

**No. 47.**

Circuit Court of Appeals, Second Circuit.

Oct. 9, 1944.

Sydney L. Bleicher, of New York City (Harold L. Fisher, of New York City, of counsel), for defendant-appellant.

Choate, Byrd, Leon & Garretson, of New York City (Maurice Leon, of New York City, of counsel), for plaintiffs-appellees.

Before L. HAND, AUGUSTUS N. HAND, and CHASE, Circuit Judges.

PER CURIAM.

Order affirmed in open court.